punishment assessed at confinement in the county jail for a term of two years.

The indictment and all other matters of procedure appear regular. The record is before us without a statement of facts or bills of exception. In the absence thereof, no question is presented for review.

The judgment is affirmed.

## ALBIDREZ v. STATE.

### No. 25336.

Court of Criminal Appeals of Texas.

June 6, 1951.

## STENNETT v. STATE.

### No. 25337.

Court of Criminal Appeals of Texas.

June 6, 1951.

No attorney at law for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted of a violation of the liquor law in Lubbock County, and his punishment assessed at a fine of $750.00.

The complaint and information, as well as all other matters of procedure, appear to be regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is affirmed.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted of the offense of indecent exposure to a child, and his